# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WHATS COOKING RESTAURANT, INC | § | Case No. 12-01175 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on                        .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ $^2$.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ $^2$.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/BARRY A. CHATZ_____
                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^2$ If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 12-01175  WER  Judge: EUGENE R. WEDOFF | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | WHATS COOKING RESTAURANT, INC | Date Filed (f) or Converted (c): | 01/13/12 (f) |
|  |  | 341(a) Meeting Date: | 03/02/12 |
| For Period Ending: | 11/20/14 | Claims Bar Date: | 06/05/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 250.00 | 250.00 |  | 0.00 | FA |
| 2. Financial Accounts | 800.00 | 800.00 |  | 258.26 | FA |
| General business checking account at MB Financial, Lincolnwood |  |  |  |  |  |
| 3. Financial Accounts | 900.00 | 900.00 |  | 0.00 | FA |
| Payroll checking account at MB Financial, Lincolnwood |  |  |  |  |  |
| 4. Financial Accounts | 12.00 | 12.00 |  | 0.00 | FA |
| Checking account (used for tax payments) at MB Financial, Lincolnwood |  |  |  |  |  |
| 5. Vehicles | 15,000.00 | 0.00 |  | 0.00 | FA |
| 1/2 interest in 2009 VW Touring; joint with George Economos |  |  |  |  |  |
| 6. Office Equipment | 200.00 | 200.00 |  | 0.00 | FA |
| Computer and desk chair |  |  |  |  |  |
| 7. Machinery and Supplies | 50.00 | 50.00 |  | 0.00 | FA |
| Misc tools |  |  |  |  |  |
| 8. Machinery and Supplies | 64,000.00 | 64,000.00 |  | 30,297.45 | FA |
| See attachment to Schedule B |  |  |  |  |  |
| 9. Inventory | 100.00 | 100.00 |  | 0.00 | FA |
| Food inventory |  |  |  |  |  |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $81,312.00   $66,312.00        $30,555.71   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 12-01175    WER    Judge: EUGENE R. WEDOFF | Trustee Name:    BARRY A. CHATZ |
| Case Name: | WHATS COOKING RESTAURANT, INC | Date Filed (f) or Converted (c):    01/13/12 (f) |
| | | 341(a) Meeting Date:    03/02/12 |
| | | Claims Bar Date:    06/05/12 |

TRUSTEE HAS LIQUIDATED THE ONLY ASSETS OF THE DEBTOR AND IS ATTEMPTING TO FILE THE ESTATE'S FINAL INCOME TAX RETURN TO CLOSE THE ESTATE.  TRUSTEE'S ACCOUNTANT HAS BEEN UNABLE TO LOCATE ANY PREVIOUSLY FILED TAX RETURNS FOR THE DEBTOR AND IS FINALIZING THE FINAL ESTATE TAX RETURNS NOW IN PREPARATION FOR CLOSING THIS CASE.

Initial Projected Date of Final Report (TFR): 12/31/13     Current Projected Date of Final Report (TFR): 12/31/14

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 12-01175 | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- |
| Case Name: | WHATS COOKING RESTAURANT, INC | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******6369 Checking Account |
| Taxpayer ID No: | *******7908 | | |
| For Period Ending: | 11/20/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/15/12 | 8 | AMERICAN AUCTION ASSOCIATES, INC.<br>8515 S. THOMAS AVENUE<br>BRIDGEVIEW, IL 60455 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 30,297.45 | | 30,297.45 |
| 03/26/12 | 2 | THOMAS W. LYNCH, P.C.<br>9231 S. ROBERTS ROAD<br>HICKORY HILLS, ILLINOIS 60457 | BANK ACCOUNT | 1121-000 | 258.26 | | 30,555.71 |
| 04/25/12 | 003001 | AMERICAN AUCTION ASSOCIATES, INC. | EXPENSES<br>PURSUANT TO 4/24/12 COURT ORDER | 3620-000 | | 5,919.81 | 24,635.90 |
| 02/19/13 | | Trsf To BANK OF NEW YORK MELLON | FINAL TRANSFER | 9999-000 | | 24,635.90 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 30,555.71 | 30,555.71 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 24,635.90 | |
| Subtotal | 30,555.71 | 5,919.81 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 30,555.71 | 5,919.81 | |

Page Subtotals   30,555.71   30,555.71

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 12-01175 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | WHATS COOKING RESTAURANT, INC | Bank Name: | BANK OF NEW YORK MELLON |
| | | Account Number / CD #: | *******9228 Checking Account |
| Taxpayer ID No: | *******7908 | | |
| For Period Ending: | 11/20/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/19/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 24,635.90 | | 24,635.90 |
| 02/21/13 | 300001 | International Sureties, Ltd. | CHAPTER 7 BOND PREMIUM | 2300-000 | | 20.87 | 24,615.03 |
| | | 701 Poydras Street, Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 11.81 | 24,603.22 |
| 04/05/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 36.58 | 24,566.64 |
| 05/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 35.34 | 24,531.30 |
| 06/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 36.47 | 24,494.83 |
| 07/08/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 35.24 | 24,459.59 |
| 08/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 36.37 | 24,423.22 |
| 09/09/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 36.31 | 24,386.91 |
| 10/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 35.09 | 24,351.82 |
| 11/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 36.20 | 24,315.62 |
| 12/06/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 34.98 | 24,280.64 |
| 01/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 36.10 | 24,244.54 |
| 02/03/14 | 300002 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BOND PREMIUM | 2300-000 | | 19.96 | 24,224.58 |
| | | 701 POYDRAS STREET, SUITE 420 | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 02/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 36.05 | 24,188.53 |

Page Subtotals  24,635.90  447.37

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-01175 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | WHATS COOKING RESTAURANT, INC | Bank Name: | BANK OF NEW YORK MELLON |
| | | Account Number / CD #: | *******9228 Checking Account |
| Taxpayer ID No: | *******7908 | | |
| For Period Ending: | 11/20/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |
|---|---|---|---|---|
|  | COLUMN TOTALS | 24,635.90 | 447.37 | 24,188.53 |
|  | Less: Bank Transfers/CD's | 24,635.90 | 0.00 | |
|  | Subtotal | 0.00 | 447.37 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 0.00 | 447.37 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********6369 | 30,555.71 | 5,919.81 | 0.00 |
| Checking Account - ********9228 | 0.00 | 447.37 | 24,188.53 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 30,555.71 | 6,367.18 | 24,188.53 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 20, 2014 |
|---|---|---|---|---|---|---|

Case Number: 12-01175  
Debtor Name: WHATS COOKING RESTAURANT, INC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | BARRY A. CHATZ, TRUSTEE<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Administrative | | $0.00 | $3,805.57 | $3,805.57 |
| 001<br>2200-00 | BARRY A. CHATZ, TRUSTEE<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Administrative | | $0.00 | $70.67 | $70.67 |
| 000013A<br>001<br>3210-00 | COHEN & KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602 | Administrative | | $0.00 | $2,437.00 | $2,437.00 |
| 000013B<br>001<br>3220-00 | COHEN & KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602 | Administrative | | $0.00 | $78.12 | $78.12 |
| 000014<br>001<br>3410-00 | POPOWCER KATTEN, LTD.<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL 60601-2207 | Administrative | | $0.00 | $1,519.00 | $1,519.00 |
| 000015<br>001<br>3620-00 | AMERICAN AUCTION<br>ASSOCIATES, INC. | Administrative | | $0.00 | $5,919.81 | $5,919.81 |
| BOND<br>999<br>2300-00 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $40.83 | $40.83 |
| 000003<br>040<br>5800-00 | ILLINOIS DEPARTMENT OF<br>EMPLOYMENT SECURITY<br>33 SOUTH STATE STREET<br>CHICAGO, ILLINOIS 60603<br>ATTN: BANKRUPTCY UNIT - 10TH<br>FLR. | Priority | | $0.00 | $37.30 | $37.30 |
| 000005A<br>040<br>5800-00 | ILLINOIS DEPARTMENT OF<br>REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, IL 60664-0338 | Priority | | $0.00 | $72,281.58 | $72,281.58 |
| 000001<br>070<br>7100-00 | COMMONWEALTH EDISON<br>COMPANY<br>3 LINCOLN CENTRE<br>OAKBROOK TERRACE, IL 60181<br>ATTN: BANKRUTPCY DEP. | Unsecured | | $0.00 | $23,807.59 | $23,807.59 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: November 20, 2014

Case Number: 12-01175
Debtor Name: WHATS COOKING RESTAURANT, INC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000002 070 7100-00 | KEY FOODS CO. CARE OF MICHAEL D WEIS P O BOX 1166 NORTHBROOK IL 60065 | Unsecured | | $0.00 | $1,284.92 | $1,284.92 |
| 000004 070 7100-00 | FARMER BROS COFFEE PO BOX 2959 TORRANCE, CA 90509 | Unsecured | | $0.00 | $5,349.00 | $5,349.00 |
| 000006 070 7100-00 | VIENNA BEEF ATTN: KEVIN ANDERSEN 2501 N. DAMEN AVE CHICAGO, IL 60647 | Unsecured | | $0.00 | $2,578.33 | $2,578.33 |
| 000007 070 7100-00 | A NEW DAIRY COMPANY, INC. 1234 W. RANDOLPH ST. CHICAGO, IL 60607 | Unsecured | | $0.00 | $390.50 | $390.50 |
| 000008 070 7100-00 | INLAND AMERICAN CHICAGO LINCOLN, L.L.C. SCOTT & KRAUS, LLC 150 S. WACKER STE. 2900 CHICAGO, IL 60606 | Unsecured | | $0.00 | $147,782.66 | $147,782.66 |
| 000009 070 7100-00 | GORDON FOOD SERVICE ARVON FUNDING, LLC P O BOX 1434 GRAND RAPIDS, MI 49501 | Unsecured | | $0.00 | $2,631.15 | $2,631.15 |
| 000010 070 7100-00 | HIGHLAND BAKING COMPANY 2301 SHERMER ROAD NORTHBROOK, IL 60062 | Unsecured | | $0.00 | $2,092.94 | $2,092.94 |
| 000011 070 7100-00 | INDIANA INSURANCE COMPANY COLLECTIONS P O BOX MS #152 62 MAPLE AVE KEENE, NH 03431 | Unsecured | | $0.00 | $564.98 | $564.98 |
| 000012 070 7100-00 | ALLIED WASTE PO BOX 9001154 LOUISVILLE, KY 40290 | Unsecured | | $0.00 | $1,507.99 | $1,507.99 |
| 000005B 050 4220-00 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION P.O. BOX 64338 CHICAGO, IL 60664-0338 | Secured | | $0.00 | $8,014.60 | $8,014.60 |
| | Case Totals: | | | $0.00 | $282,194.54 | $282,194.54 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

CREGIS2  UST Form 101-7-TFR (5/1/2011) *(Page: 9)*  Printed: 11/20/14 04:11 PM  Ver: 18.03a

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-01175
Case Name: WHATS COOKING RESTAURANT, INC
Trustee Name: BARRY A. CHATZ

Balance on hand                                              $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000005B | ILLINOIS DEPARTMENT OF REVENUE | $ | $ | $ | $ |

Total to be paid to secured creditors                        $_____

Remaining Balance                                            $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ | $ | $ |
| Trustee Expenses: BARRY A. CHATZ | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL | $ | $ | $ |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD. | $ | $ | $ |
| Auctioneer Expenses: AMERICAN AUCTION ASSOCIATES, INC. | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |
| Other: COHEN & KROL | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $           must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | $ | $ | $ |
| 000005A | ILLINOIS DEPARTMENT OF REVENUE | $ | $ | $ |

Total to be paid to priority creditors $_____

Remaining Balance $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | COMMONWEALTH EDISON COMPANY | $ | $ | $ |
| 000002 | KEY FOODS CO. | $ | $ | $ |
| 000004 | FARMER BROS COFFEE | $ | $ | $ |
| 000006 | VIENNA BEEF | $ | $ | $ |
| 000007 | A NEW DAIRY COMPANY, INC. | $ | $ | $ |
| 000008 | INLAND AMERICAN CHICAGO LINCOLN, L.L.C. | $ | $ | $ |
| 000009 | GORDON FOOD SERVICE | $ | $ | $ |
| 000010 | HIGHLAND BAKING COMPANY | $ | $ | $ |
| 000011 | INDIANA INSURANCE COMPANY | $ | $ | $ |
| 000012 | ALLIED WASTE | $ | $ | $ |

Total to be paid to timely general unsecured creditors  $_____

Remaining Balance  $_____

Tardily filed claims of general (unsecured) creditors totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE