# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:  §
§
WHATS COOKING RESTAURANT, INC  §   Case No. 12-01175
§
Debtor(s)  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

U.S. BANKRUPTCY COURT, 219 S. DEARBORN ST., CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on Wednesday, December 17, 2014 in Courtroom 744, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/20/2014          By: /s/ Barry A. Chatz, Trustee
                                     Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                       Case No. 12-01175-ERW
What's Cooking Restaurant, Inc                                               Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales             Page 1 of 2                Date Rcvd: Nov 21, 2014
                              Form ID: pdf006             Total Noticed: 62

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2014.
```
db            +What's Cooking Restaurant, Inc,    6709 N. Rockwell,    Chicago, IL 60645-4625
18362225      +A New Dairy Company, Inc.,    1234 W. Randolph St.,    Chicago, IL 60607-1604
18362226       ADT Security Service,    Bankruptcy Department,    PO Box 371490,    Pittsburgh, PA 15250-7490
18362227      +Allied Waste,    PO Box 9001154,    Louisville, KY 40290-1154
18362228      +Alpha Baking,    36230 Treasury Center,    Chicago, IL 60694-6200
18362229       American Express,    PO Box 53852,    Phoenix, AZ 85072-3852
18362231      +Basil Rizakos,    6446 N Sacramento,    Chicago, IL 60645-4215
18362232      +Chicago Sweet Connection,    5569 N Northwest Hwy,    Chicago, IL 60630-1131
18362235      +Delis Specialists,    4232 N Harvard Ave,    Arlington Heights, IL 60004-7903
18362236      +Farmer Bros Coffee,    PO Box 2959,    Torrance, CA 90509-2959
18362237      +First Data,    PO Box 5180,    Simi Valley, CA 93062-5180
18362238      +Gabby's Bagels, Inc,    11241 Melrose Ave, Unit B,    Franklin Park, IL 60131-1331
18362239      +George Economos,    6709 N. Rockwell,    Chicago, IL 60645-4625
18725570      +Gordon Food Service,    Arvon Funding, LLC,    P O BOX 1434,    Grand Rapids, MI 49501-1434
18362240      +Gordon Foods,    10901 38th Street,    Kenosha, WI 53144-7561
18362241     #+Grecian Delight,    1301 Estes Ave,    Elk Grove Village, IL 60007-5403
18362243      +HK Foods, Inc,    3706 N Kostner,    Chicago, IL 60641-3048
18362242      +Highland Baking Company,    2301 Shermer Road,    Northbrook, IL 60062-6721
18362244      +Howard Kirschner,    9203 Nagle Ave,    Morton Grove, IL 60053-1429
18362245      +ICE Town Leasing,    50 N Eisenhower Lane, North,    Lombard, IL 60148-5414
18362246     ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,     P O BOX 64338,
                CHICAGO IL 60664-0338
               (address filed with court: Illinois Dept of Revenue,     Bankruptcy & Bulk, Level 7-425,
                100 W Randolph, 7th Floor,    Chicago, IL 60601)
18606105      +Illinois Department of Employment Security,     33 South State Street,
                Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
18627264       Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                Chicago, IL 60664-0338
18362248       Illinois Dept of Revenue,    PO Box 19084,    Springfield, IL 62794-9084
18362249       Indiana Insurance,    9430 Seward Rd,    Fairfield, OH 45014
18362250      +Inland American Chicago Lincoln,    C/O Scott & Kraus, LLC,     150 S Wacker Dr, Ste 2900,
                Chicago, IL 60606-4206
18694515      +Inland American Chicago Lincoln, L.L.C.,     Scott & Kraus, LLC,    150 S. Wacker,    Ste. 2900,
                Chicago, IL 60606-4206
18362251      +Inland Commercial Property Mgmt,    C/O Agent Tony Lio,    2901 Butterfield Rd,
                Oak Brook, IL 60523-1190
18362252      +International Meat,    7107 W Grand Ave,    Elmwood Park, IL 60707-2898
18362254      +Jewish Star Newspaper,    PO Box 268,    Skokie, IL 60076-0268
18362255      +John Rizakos,    6709 N Rockwell,    Chicago, IL 60645-4625
18362256      +Kelly Eisenberg,    3531 N Elston Ave,    Chicago, IL 60618-5631
18573819      +Key Foods Co.,    care of Michael D Weis,    P O Box 1166,    Northbrook Il 60065-1166
18362258      +Key Foodservice,    C/O Michael Weiss,    PO Box 1166,    Northbrook, IL 60065-1166
18362259       Key Foodservice,    620 W 24th Place,    Chicago, IL 60616
18362260      +Loula Economos,    6709 N. Rockwell,    Chicago, IL 60645-4625
18362261      +Martin Mack Fire & Safety Co,    4730 W Armitage Ave,    Chicago, IL 60639-3304
18362262      +Mickey's Linen Towel Supply,    4601 W Addison St,    Chicago, IL 60641-9911
18362263      +New York Bagel Corp,    4714 W Toughy Ave,    Lincolnwood, IL 60712-1621
18362264      +Ovation Payroll,    1 Lincoln Center,    18 W. 140 Butterfield Rd, Ste 1525,
                Villa Park, IL 60181-4843
18362265     #+Peoples Gas,    The Prudential Bldg, Special Projec,    130 E Randolph Drive,
                Chicago, IL 60601-6207
18362266      +Renzo Dairy,    PO Box 505,    Franklin Park, IL 60131-0505
18362268      +STA-Kleen, Inc,    803 Estes Ave,    Schaumburg, IL 60193-4477
18362267       Santana Energy,    120 W Ogden Ave, Ste 236,    Hinsdale, IL 60521
18362269     #+Supreme Waffles,    PO Box 455,    Lisle, IL 60532-0455
18362270      +Sweedish Covenant,    5145 N California,    Chicago, IL 60625-3687
18362271      +Sysco Food Svcs,    250 Wieboldt Drive,    Des Plaines, IL 60016-3192
18362272      +TEC Foods Inc,    PO Box 410727,    Chicago, IL 60641-0727
18362273      +Total Management LLC,    900 W Fullerton Ave,    Addison, IL 60101-3306
18362274      +Trimark Marlin,    6100 W 73rd St,    Chicago, IL 60638-6107
18362275      +US Food Service,    PO Box 98420,    Chicago, IL 60693-8420
18362276      +Versa Foods, Inc,    320 W Gerri Lane,    Addison, IL 60101-5012
18362277      +Vienna Beef,    Attn: Kevin Andersen,    2501 N. Damen Ave,    Chicago, IL 60647-2101
18362279      +Yellow Book USA,    1933 N Meacham Rd,    Schaumburg, IL 60173-4363
18362280      +Yellow Pages,    50 Eisenhower Lane Norther,    Lombard, IL 60148-5414
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18362230      +E-mail/Text: g20956@att.com Nov 22 2014 01:49:55      AT&T,    Bankruptcy Department,
                PO Box 6428,    Carol Stream, IL 60197-6428
18362233      +E-mail/Text: legalcollections@comed.com Nov 22 2014 01:50:00       ComEd Company,
                Attn: Bkcy Group-Claims Department,    3 Lincoln Center,    Villa Park, IL 60181-4204
18465725      +E-mail/Text: legalcollections@comed.com Nov 22 2014 01:50:00       Commonwealth Edison Company,
                3 Lincoln Centre,    Oakbrook Terrace, Il 60181-4204,     Attn: Bankrutpcy Dep.
```

```
District/off: 0752-1          User: ccabrales            Page 2 of 2              Date Rcvd: Nov 21, 2014
                              Form ID: pdf006            Total Noticed: 62
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
18362234       +E-mail/Text: mark.packel@exeloncorp.com Nov 22 2014 01:49:31     Constellation New Energy,
                 14217 Collection Center Dr,   Chicago, IL 60693-0142
18974915       +E-mail/Text: bankruptcies@libertymutual.com Nov 22 2014 01:48:28     Indiana Insurance Company,
                 Collections,    P O Box MS #152,    62 Maple Ave,   Keene, NH 03431-1625
18362257       +E-mail/Text: edowell@kensbeverage.com Nov 22 2014 01:48:32     Ken's Beverage Inc,   PO Box 110,
                 Montgomery, IL 60538-0110
18362278        E-mail/Text: vci.bkcy@vwcredit.com Nov 22 2014 01:48:36     Volkswagon Credit,
                 Bankruptcy Department,    PO Box 3,   Hillsboro, OR 97123
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18362253      James Frycek
18362247*    ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,   P O BOX 64338,
               CHICAGO IL 60664-0338
               (address filed with court:   Illinois Dept of Revenue,    Board of Appeals,
               100 W Randolph St, Level 7-339,   Chicago, IL 60601)
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2014                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2014 at the address(es) listed below:
```
              Barry A Chatz    bachatz@arnstein.com,
               bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
               m
              Gina B Krol, ESQ    on behalf of Trustee Barry A Chatz gkrol@cohenandkrol.com,
               gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Joseph E Cohen    on behalf of Trustee Barry A Chatz jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Joseph E Cohen    jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Miles V Cohen    on behalf of Creditor    Inland American Chicago Lincoln, L.L.C.
               mcohen@skcounsel.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas W Lynch    on behalf of Debtor    What's Cooking Restaurant, Inc twlpc@worldnet.att.net
                                                                                              TOTAL: 8
```