## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                       §
                                             §
WHATS COOKING RESTAURANT, INC §              Case No. 12-01175
                                             §
          Debtor(s)                          §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
### ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                   . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BARRY A. CHATZ _____
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Volkswagon Credit Bankruptcy Department PO Box 3 Hillsboro, OR 97123 |  |  |  |  |  |
| 000005B | ILLINOIS DEPARTMENT OF REVENUE |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ, TRUSTEE | | | | | |
| BARRY A. CHATZ, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF NEW YORK  MELLON | | | | | |
| COHEN & KROL | | | | | |
| COHEN & KROL | | | | | |
| POPOWCER KATTEN | | | | | |
| AMERICAN AUCTION ASSOCIATES, INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | George Economos 6709 N. Rockwell Chicago, IL 60645 | | | | | |
| | Illinois Dept of Revenue Bankruptcy & Bulk, Level 7-425 100 W Randolph, 7th Floor Chicago, IL 60601 | | | | | |
| | Loula Economos 6709 N. Rockwell Chicago, IL 60645 | | | | | |
| 000003 | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000005A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A New Dairy Company Inc 1234 W Randolph Street Chicago, IL 60607 | | | | | |
| | ADT Security Service Bankruptcy Department PO Box 371490 Pittsburgh, PA 15250-7490 | | | | | |
| | AT&T Bankruptcy Department PO Box 6428 Carol Stream, IL 60197 | | | | | |
| | Allied Waste PO Box 9001154 Louisville, KY 40290 | | | | | |
| | Alpha Baking 36230 Treasury Center Chicago, IL 60694 | | | | | |
| | American Express PO Box 53852 Phoenix, AZ 85072-3852 | | | | | |
| | Basil Rizakos 6446 N Sacremento Chicago, IL 60645 | | | | | |
| | Chicago Sweet Connection 5569 N Northwest Hwy Chicago, IL 60630 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | ComEd Company Attn: Bkcy Group-Claims Department 3 Lincoln Center Villa Park, IL 60181 |  |  |  |  |  |
|  | Constellation New Energy 14217 Collection Center Dr Chicago, IL 60693 |  |  |  |  |  |
|  | Delis Specialists 4232 N Harvard Ave Arlington Heights, IL 60004 |  |  |  |  |  |
|  | Farmer Bros Coffee PO Box 2959 Torrance, CA 90509 |  |  |  |  |  |
|  | First Data PO Box 5180 Simi Valley, CA 93062 |  |  |  |  |  |
|  | Gabby's Bagels, Inc 11241 Melrose Ave, Unit B Franklin Park, IL 60131 |  |  |  |  |  |
|  | Gordon Foods 10901 38th Street Kenosha, WI 53144 |  |  |  |  |  |
|  | Grecian Delight 1301 Estes Ave Elk Grove Village, IL 60007 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HK Foods, Inc 3706 N Kostner Chicago, IL 60641 | | | | | |
| | Highland Baking Co 2301 Shermer Rd Northbrook, IL 60062 | | | | | |
| | Howard Kirschner 9203 Nagle Ave Morton Grove, IL 60053 | | | | | |
| | ICE Town Leasing 50 N Eisenhower Lane, North Lombard, IL 60148 | | | | | |
| | Indiana Insurance 9430 Seward Rd Fairfield, OH 45014 | | | | | |
| | Inland American Chicago Lincoln C/O Scott & Kraus, LLC 150 S Wacker Dr, Ste 2900 Chicago, IL 60606 | | | | | |
| | International Meat 7107 W Grand Ave Elmwood Park, IL 60707 | | | | | |
| | James Frycek | | | | | |
| | Jewish Star Newspaper PO Box 268 Skokie, IL 60076 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | John Rizakos 6709 N Rockwell Chicago, IL 60645 | | | | | |
| | Kelly Eisenberg 3531 N Elston Ave Chicago, IL 60618 | | | | | |
| | Ken's Beverage Inc PO Box 110 Montgomery, IL 60538 | | | | | |
| | Key Foodservice C/O Michael Weiss PO Box 1166 Northbrook, IL 60065 | | | | | |
| | Martin Mack Fire & Safety Co 4730 W Armitage Ave Chicago, IL 60639 | | | | | |
| | Mickey's Linen Towel Supply 4601 W Addison St Chicago, IL 60641 | | | | | |
| | New York Bagel Corp 4714 W Toughy Ave Lincolnwood, IL 60712 | | | | | |
| | Ovation Payroll 1 Lincoln Center 18 W. 140 Butterfield Rd, Ste 1525 Villa Park, IL 60181 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Peoples Gas The Prudential Bldg, Special Projec 130 E Randolph Drive Chicago, IL 60601 | | | | | |
| | Renzo Dairy PO Box 505 Franklin Park, IL 60131 | | | | | |
| | STA-Kleen, Inc 803 Estes Ave Schaumburg, IL 60193 | | | | | |
| | Santana Energy 120 W Ogden Ave, Ste 236 Hinsdale, IL 60521 | | | | | |
| | Supreme Waffles PO Box 455 Lisle, IL 60532 | | | | | |
| | Sweedish Covenant 5145 N California Chicago, IL 60625 | | | | | |
| | Sysco Food Svcs 250 Wieboldt Drive Des Plaines, IL 60016 | | | | | |
| | TEC Foods Inc PO Box 410727 Chicago, IL 60641 | | | | | |
| | Total Management LLC 900 W Fullerton Ave Addison, IL 60101 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Trimark Marlin 6100 W 73rd St Chicago, IL 60638 | | | | | |
| | US Food Service PO Box 98420 Chicago, IL 60690 | | | | | |
| | Versa Foods, Inc 320 W Gerri Lane Addison, IL 60101 | | | | | |
| | Vienna Beef 8033 Solutions Center Chicago, IL 60677 | | | | | |
| | Yellow Book USA 1933 N Meacham Rd Schaumburg, IL 60173 | | | | | |
| | Yellow Pages 50 Eisenhower Lane Norther Lombard, IL 60148 | | | | | |
| 000007 | A NEW DAIRY COMPANY, INC. | | | | | |
| 000012 | ALLIED WASTE | | | | | |
| 000001 | COMMONWEALTH EDISON COMPANY | | | | | |
| 000004 | FARMER BROS COFFEE | | | | | |
| 000009 | GORDON FOOD SERVICE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | HIGHLAND BAKING COMPANY | | | | | |
| 000011 | INDIANA INSURANCE COMPANY | | | | | |
| 000008 | INLAND AMERICAN CHICAGO LINCOLN, L. | | | | | |
| 000002 | KEY FOODS CO. | | | | | |
| 000006 | VIENNA BEEF | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

Exhibit 8

| Case No: | 12-01175 | WER | Judge: EUGENE R. WEDOFF | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|---|

Case Name:   WHATS COOKING RESTAURANT, INC

Date Filed (f) or Converted (c):   01/13/12 (f)

341(a) Meeting Date:   03/02/12

For Period Ending:  01/23/15

Claims Bar Date:   06/05/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 250.00 | 250.00 | | 0.00 | FA |
| 2. Financial Accounts | 800.00 | 800.00 | | 258.26 | FA |
| General business checking account at MB Financial, Lincolnwood | | | | | |
| 3. Financial Accounts | 900.00 | 900.00 | | 0.00 | FA |
| Payroll checking account at MB Financial, Lincolnwood | | | | | |
| 4. Financial Accounts | 12.00 | 12.00 | | 0.00 | FA |
| Checking account (used for tax payments) at MB Financial, Lincolnwood | | | | | |
| 5. Vehicles | 15,000.00 | 0.00 | | 0.00 | FA |
| 1/2 interest in 2009 VW Touring; joint with George Economos | | | | | |
| 6. Office Equipment | 200.00 | 200.00 | | 0.00 | FA |
| Computer and desk chair | | | | | |
| 7. Machinery and Supplies | 50.00 | 50.00 | | 0.00 | FA |
| Misc tools | | | | | |
| 8. Machinery and Supplies | 64,000.00 | 64,000.00 | | 30,297.45 | FA |
| See attachment to Schedule B | | | | | |
| 9. Inventory | 100.00 | 100.00 | | 0.00 | FA |
| Food inventory | | | | | |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $81,312.00 | $66,312.00 | | $30,555.71 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Ver: 18.03b

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 12-01175   WER   Judge: EUGENE R. WEDOFF | Trustee Name: | BARRY A. CHATZ |
| Case Name: | WHATS COOKING RESTAURANT, INC | Date Filed (f) or Converted (c): | 01/13/12 (f) |
| | | 341(a) Meeting Date: | 03/02/12 |
| | | Claims Bar Date: | 06/05/12 |

TRUSTEE HAS LIQUIDATED THE ONLY ASSETS OF THE DEBTOR AND IS ATTEMPTING TO FILE THE ESTATE'S FINAL INCOME TAX RETURN TO

CLOSE THE ESTATE.  TRUSTEE'S ACCOUNTANT HAS BEEN UNABLE TO LOCATE ANY PREVIOUSLY FILED TAX RETURNS FOR THE DEBTOR AND IS

FINALIZING THE FINAL ESTATE TAX RETURNS NOW IN PREPARATION FOR CLOSING THIS CASE.


Initial Projected Date of Final Report (TFR): 12/31/13          Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 12-01175 | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | WHATS COOKING RESTAURANT, INC | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******6369  Checking Account |
| Taxpayer ID No: | *******7908 | | | |
| For Period Ending: | 01/23/15 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/15/12 | 8 | AMERICAN AUCTION ASSOCIATES, INC. 8515 S. THOMAS AVENUE BRIDGEVIEW, IL 60455 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 30,297.45 | | 30,297.45 |
| 03/26/12 | 2 | THOMAS W. LYNCH, P.C. 9231 S. ROBERTS ROAD HICKORY HILLS, ILLINOIS 60457 | BANK ACCOUNT | 1121-000 | 258.26 | | 30,555.71 |
| 04/25/12 | 003001 | AMERICAN AUCTION ASSOCIATES, INC. | EXPENSES PURSUANT TO 4/24/12 COURT ORDER | 3620-000 | | 5,919.81 | 24,635.90 |
| 02/19/13 | | Trsf To BANK OF NEW YORK  MELLON | FINAL TRANSFER | 9999-000 | | 24,635.90 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 30,555.71 | 30,555.71 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 24,635.90 | |
| Subtotal | 30,555.71 | 5,919.81 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 30,555.71 | 5,919.81 | |

| | | |
|---|---|---|
| Page Subtotals | 30,555.71 | 30,555.71 |

Ver: 18.03b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 12-01175 | Trustee Name: | BARRY A. CHATZ |
| Case Name: | WHATS COOKING RESTAURANT, INC | Bank Name: | BANK OF NEW YORK  MELLON |
| | | Account Number / CD #: | *******9228  Checking Account |
| Taxpayer ID No: | *******7908 | | |
| For Period Ending: | 01/23/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/19/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 24,635.90 | | 24,635.90 |
| 02/21/13 | 300001 | International Sureties, Ltd. | CHAPTER 7 BOND PREMIUM | 2300-000 | | 20.87 | 24,615.03 |
| | | 701 Poydras Street, Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 11.81 | 24,603.22 |
| 04/05/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 36.58 | 24,566.64 |
| 05/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 35.34 | 24,531.30 |
| 06/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 36.47 | 24,494.83 |
| 07/08/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 35.24 | 24,459.59 |
| 08/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 36.37 | 24,423.22 |
| 09/09/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 36.31 | 24,386.91 |
| 10/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 35.09 | 24,351.82 |
| 11/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 36.20 | 24,315.62 |
| 12/06/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 34.98 | 24,280.64 |
| 01/08/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 36.10 | 24,244.54 |
| 02/03/14 | 300002 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BOND PREMIUM | 2300-000 | | 19.96 | 24,224.58 |
| | | 701 POYDRAS STREET, SUITE 420 | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 02/07/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | 36.05 | 24,188.53 |
| 12/17/14 | 300003 | BARRY A. CHATZ, TRUSTEE | Trustee Compensation | 2100-000 | | 3,805.57 | 20,382.96 |
| | | 120 S. RIVERSIDE PLAZA | | | | | |
| | | SUITE 1200 | | | | | |
| | | CHICAGO, IL 60606 | | | | | |
| 12/17/14 | 300004 | BARRY A. CHATZ, TRUSTEE | Trustee Expenses | 2200-000 | | 70.67 | 20,312.29 |
| | | 120 S. RIVERSIDE PLAZA | | | | | |
| | | SUITE 1200 | | | | | |
| | | CHICAGO, IL 60606 | | | | | |
| 12/17/14 | 300005 | COHEN & KROL | Claim 000013A, Payment 100.00% | 3210-000 | | 2,437.00 | 17,875.29 |

Page Subtotals: 24,635.90   6,760.61

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 12-01175 | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | WHATS COOKING RESTAURANT, INC | | Bank Name: | BANK OF NEW YORK  MELLON |
| | | | Account Number / CD #: | *******9228  Checking Account |
| Taxpayer ID No: | *******7908 | | | |
| For Period Ending: | 01/23/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/17/14 | 300006 | 105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602<br>COHEN & KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602 | Claim 000013B, Payment 100.00% | 3220-000 | | 78.12 | 17,797.17 |
| 12/17/14 | 300007 | POPOWCER KATTEN, LTD.<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL 60601-2207 | Claim 000014, Payment 100.00% | 3410-000 | | 1,519.00 | 16,278.17 |
| 12/17/14 | 300008 | ILLINOIS DEPARTMENT OF EMPLOYMENT<br>SECURITY<br>33 SOUTH STATE STREET<br>CHICAGO, ILLINOIS 60603<br>ATTN: BANKRUPTCY UNIT - 10TH FLR. | Claim 000003, Payment 22.52%<br>(3-1) UNEMPLOYMENT TAX. | 5800-000 | | 8.40 | 16,269.77 |
| 12/17/14 | 300009 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, IL 60664-0338 | Claim 000005A, Payment 22.51% | 5800-000 | | 16,269.77 | 0.00 |

| | | Page Subtotals | 0.00 | 17,875.29 |
|---|---|---|---|---|

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   4

Exhibit 9

| Case No: | 12-01175 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | WHATS COOKING RESTAURANT, INC | Bank Name: | BANK OF NEW YORK  MELLON |
| | | Account Number / CD #: | *******9228  Checking Account |
| Taxpayer ID No: | *******7908 | | |
| For Period Ending: | 01/23/15 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 24,635.90 | 24,635.90 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 24,635.90 | 0.00 | |
| | | | Subtotal | | 0.00 | 24,635.90 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 24,635.90 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******6369 | 30,555.71 | 5,919.81 | 0.00 |
| Checking Account - *******9228 | 0.00 | 24,635.90 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 30,555.71 | 30,555.71 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00              0.00

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*